## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:

DANIEL ADAMS, an individual,

       Plaintiff,

vs.                                                  **DEFENDANTS' CLASS ACTION**

C & C SLEEPS LLC, a Florida Limited Liability
Company d/b/a Mattress by Appointment, J & L
Mattress, LLC, a Florida Limited Liability
Company d/b/a Mattress by Appointment, and
STEVEN GILROY, an individual d/b/a Mattress
by Appointment Jupiter, individually, and on
behalf of those similarly situated,

       Defendants.

_____/

### CLASS ACTION COMPLAINT

Plaintiff DANIEL ADAMS ("Plaintiff" or "Mr. Adams"), by and through his undersigned

counsel, hereby submits the following Class Action Complaint to sue Defendants C & C SLEEPS

LLC, a Florida limited liability company d/b/a Mattress by Appointment ("C & C Sleeps"), J & L

MATTRESS, LLC, a Florida limited liability company d/b/a Mattress by Appointment ("J & L

Mattress"), and STEVEN GILROY, an individual d/b/a Mattress by Appointment Jupiter ("Mr.

Gilroy") (collectively, "Defendants"), individually, and on behalf of those similarly situated, and

in support, alleges the following:

### JURISDICTION AND VENUE

1.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1331 (federal question jurisdiction under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*;

Article I, § 8, cl. 8 of the U.S. Constitution); and 28 U.S.C. § 1338 (exclusive original jurisdiction over claims arising under the Copyright Act of 1976).

2.      This Court also has jurisdiction under 28 U.S.C. § 1367 (supplemental jurisdiction) and the doctrines of pendent and ancillary jurisdiction.

3.      Venue is proper in this District, pursuant to 28 U.S.C. §§ 1391(b), (d) and 1400(a), because Defendants' principal places of business are in the Southern District of Florida and are engaged in and transact business within this District and have agents representing and/or acting on their behalf within this District.

## PARTIES

4.      Plaintiff DANIEL ADAMS is sui juris and a citizen of the state of Florida, specifically within Sarasota, Florida.

5.      Defendant C & C SLEEPS LLC is a Florida limited liability company with its principal place of business located in Saint Lucie County, Florida.  At all times material hereto, C & C SLEEPS LLC owned the fictitious name and has done business as "Mattress by Appointment."

6.      Defendant J & L MATTRESS, LLC is a Florida limited liability company with its principal place of business located in Broward County, Florida.  At all times material hereto, J & L MATTRESS, LLC owned the fictitious name and has done business as "Mattress by Appointment."

7.      Defendant STEVEN GILROY is sui juris and a citizen of the state of Florida, specifically within Martin County, Florida.  At all times material hereto, STEVEN GILROY owned the fictitious name and done business as "Mattress by Appointment Jupiter."

## CLASS DESCRIPTION

8.      Pursuant to Rule 23(c)(5) of the Federal Rules of Civil Procedure, this Class Action Complaint is made up of the following three (3) subclasses (the "Subclasses"), which represent the putative class members herein (the "Putative Class Members"):

a.  The "Photographs" Subclass: All entities that are and/or previously have been associated with the Mattress by Appointment brand, either by doing business as, associated by contract, trade name usage, fictious name usage, and/or otherwise associated with and/or related to in any way to the brand of Mattress by Appointment, throughout the United States, including the state of Florida, since November 22, 2019, that have utilized, as part of their business practices, including but not limited to advertising, marketing, promotions, social media exposure, distribution, training, and/or otherwise, Plaintiff's Photographs, which have been registered for copyright protection as reflected by Registration Number VAu 1-376-421.

b.  The "Name or Likeness" Subclass: All entities that are and/or previously have been associated with the Mattress by Appointment brand, either by doing business as, associated by contract, trade name usage, fictious name usage, and/or otherwise associated with or related to in any way to the brand of Mattress by Appointment, throughout the United States, including the state of Florida, since August 15, 2019, that have utilized, as part of their business practices, including but not limited to advertising, marketing, promotions, social media exposure, distribution, training and/or otherwise, Plaintiff's personal information.

c.  The "Training Manual" Subclass: All entities that are and/or previously have been associated with the Mattress by Appointment brand, either by doing business as, associated by contract, trade name usage, fictious name usage, and/or otherwise associated with and/or related to in any way to the brand of Mattress by Appointment, throughout the United States, including the state of Florida, since August 26, 2019, that have utilized, as part of their business practices, including but not limited to advertising, marketing, promotions, social media exposure, distribution, training and/or otherwise, Plaintiff's Training Manual, which has been registered for copyright protection as reflected by Registration Number Registration Number TXu 2-156-964.

## CLASS ALLEGATIONS

9.      The requirements of Federal Rule of Civil Procedure 23(a) are met in this case.

10.     The Putative Defendant Class Members consists of the entities as described in the three (3) subclasses in paragraph 8 above, which is in excess of 500 defendant entities throughout

the United States. As such, the Putative Class Members of the Subclasses is so numerous that joinder of all members is impracticable.

11.     The questions of fact and law common to the Putative Class Members of the Subclasses predominate over any questions affecting only individual members in this case. Specifically, the common questions include, but are not limited to the following:[1]

    a.  Whether the Photographs Subclass improperly used and/or profited from Plaintiff's Photographs in violation of Plaintiff's Copyright Registration Number VAu 1-376-421.

    b.  Whether the Name and Likeness Subclass improperly used and/or profited from Plaintiff's likeness.

    c.  Whether the Training Manual Subclass improperly used and/or profited from Plaintiff's Training Manual in violation of Plaintiff's Copyright Registration Number TXu 2-156-964.

12.     The defenses are typical of those of the class representatives as to those members of the Putative Class Members as reflected above.

13.     Defendants, as class representatives, have claims that are the typical and the same as those claims of the Putative Class Members of the Subclasses and will fairly and adequately represent their interests due the incentive to defend the action and avoid the disgorgement of profits and/or otherwise pay damages. Furthermore, none of the Putative Class Members of the Subclasses have an interest that would be adverse to any other member.

---

[1] The list of common questions of law and fact is not intended to be exhaustive; by setting forth this argument, Plaintiff does not waive his right to assert additional claims against Defendants or raise additional common questions of fact.

14.     Plaintiff seeks class certification as to all three (3) Subclasses of Putative Class Members, as reflected in Paragraph 8 above, pursuant to Rule 23(b)(1) and/or Rule 23(b)(1)(3) of the Federal Rules of Civil Procedure.

15.     This class action may be maintained against all Subclasses of Putative Class Members under Federal Rule of Civil Procedure 23(b)(1) as prosecuting separate actions by or against individual class members would create a risk of inconsistent and/or varying adjudications.

16.     This class action may also may be maintained against all Subclasses of Putative Class Members under Federal Rule of Civil Procedure 23(b)(3) due to the questions of law or fact common to the Putative Class Members of the Subclasses that predominate over any questions affecting only individual members.  In addition, a class action is superior to any other available methods for fairly and efficiently adjudicating the issues herein.  In addition, the expense and burden of individual litigation makes it impossible for Plaintiff to seek redress from each individual member of the Putative Class Members of the Subclasses for their wrongs complained herein, which will minimize individual expenses and provide an efficient vehicle for achieving unitary adjudication as to all members within the Putative Class Members of the Subclasses.

17.     Overall, there are no unusual difficulties likely to be encountered in the management of this action as a class suit that could not be managed by this Court.  In addition, the advantages of maintaining this action as a class suit far outweigh the expense and waste of judicial effort and resources that would result in hundreds of separate adjudications of these issues for each class member, thereby ensuring uniformity and consistency throughout this litigation, and ultimately, deter any other similar person and/or entity from engaging in such wrongful acts in the future.

## FACTS COMMON TO ALL COUNTS

Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 through 17 above as if fully set forth herein.

### I.   Mr. Adams' Beginnings with the Mattress by Appointment Brand.

18.   Plaintiff, Mr. Adams, is an accomplished entrepreneur who lives in Sarasota, Florida, where he has owned and operated a successful retail mattress business since 2013.  In addition to his business and sales experience in the mattress industry, Mr. Adams has owned and operated other businesses and has worked with some of the largest companies in the world, including working with IMBC, managing support related issues for Google employees, managed Blockbuster Video stores, which had top sales in the country, and worked in the inside sales department for The Coco-Cola Company.

19.   In 2013, after seeing various advertisements on Craigslist, Mr. Adams came across a company called Mattress by Appointment LLC, which was formerly known as Carolina Bedding Direct LLC ("Mattress by Appointment" or "MBA").

20.   Mattress by Appointment is a company that has its roots in mattress sales directly to the consumer through the use of various advertising, marketing, promotion, and sales techniques.  The roots of this company dates back to other entities, such as Power Marketing Direct, Inc. and Retail Service Systems, Inc. within the state of Ohio that previously engaged in the sale of mattresses directly through consumer in a similar fashion well prior to MBA's existence. MBA's original owner, Darren Conrad ("Mr. Conrad"), when it was known as Carolina Bedding Direct LLC, in fact, took the techniques that were developed by these original companies and subsequently created his own entities in the Carolinas engaging in the same or similar mattress

sales.  Subsequently, Charles Edwin Shoffner purchased Mr. Conrad's interest in Carolina Bedding Direct LLC and changed its name to Mattress by Appointment.

21.     Today, MBA operates throughout the United States through a series of exclusive territories for its dealers.  MBA claims that it consists of a network of independent business owners who have an extreme competitive advantage over traditional retail sleep shops and furniture stores. MBA further claims that its low overhead business model and results driven advertising strategy "simply cannot be beat by any competitor."  Consequently, MBA states that it has 30 years of mattress retail experience with a turnkey business model "with over 500 happy owner-operators."

22.     MBA additionally markets itself to potential dealers by stating that a dealer can be his or her own boss and that for as little as $20,000.00 in startup, it will provide training, ongoing support, and a team environment that it claims has proven to make this business opportunity one of the best in the nation.

23.     MBA advertises its business extensively around the country in such publications as "Franchise Direct," "Franchise Opportunities.com," and "All USA Franchises."

24.     In or about 2013, Mr. Adams was looking for a new line of work.  He saw an opportunity to become a mattress dealer for MBA through a series of Craigslist advertisements. He was told that MBA markets and sells mattresses through a web of recruited independent contractors, known as dealers, who then solicit consumers via one-on-one appointments.  Upon discussing the benefits of working with the MBA brand, Mr. Adams contacted MBA about becoming a dealer.

25.     In August 2013, and prior to executing any contracts in order to become a dealer with MBA, Mr. Adams attended a MBA training session in Jacksonville, Florida.  Mr. Conrad, who was still the owner of the company, conducted the training.  Mr. Adams was told of the

earning potential that a dealer has, the exclusivity of a territory he would be provided, the lower pricing he would get in order to purchase mattresses, and related benefits of becoming a dealer with MBA.

26.     Ultimately, Mr. Adams agreed to enter into a territory agreement with MBA and agreed to become a dealer for MBA (the "Territory Agreement").  Mr. Adams was told that he had to initially purchase $2,500.00 in products from MBA within the first 10 weeks of signing the agreement all of which were marked up above wholesale by and between 25% to 50%.  Failing to do so would result in the immediate termination of the Territory Agreement.

## II.     Mr. Adams' Success Leads him to Become the National Director of Training.

27.     After entering into this Territory Agreement, Mr. Adams, through his own efforts, became the most successful dealer MBA ever had as of that time.  He did so through the creation of his own methods of sales and marketing techniques that set him apart from other MBA dealers across the country and further set him apart as to what Mr. Adams was doing and/or instructing other dealers to do in order to be successful.

28.     Based on his success, in September 2014, MBA asked Mr. Adams to become its National Director of Training.  The parties agreed that Mr. Adams would be retained as an independent contractor to MBA in the position of the National Director of Training.  They further agreed that Mr. Adams would provide training to both new and existing MBA dealers as to how to successfully run a mattress sales dealership, similar to the success that Mr. Adams' had.  The goal, which was later achieved, was that a better trained dealer would ultimately result in more sales, and thus, higher profits for MBA.  In exchange for receiving Mr. Adams' training services, MBA agreed to pay Mr. Adams a fee of $3,500.00 per month, plus $100.00 per dealer who reaches his or her 10th, 20th, and 30th orders.

29.     In relation to any documents created by Mr. Adams, there was no work-share agreement and/or any contract or other agreement in place between the parties related thereto.

30.     Upon entering into the agreement to be the National Director of Training, Mr. Adams became aware that MBA did not have a business manual, any proper training materials, or a proper training program in place for either existing or new dealers.  As a result, in November 2014, Mr. Adams created various training materials for dealers in the mattress sales industry including a Business Plan, training materials, training videos, photographs, and related documents. Within the training manual, Mr. Adams included photographs of his location and inventory, personal information as to advertising, and related information concerning the sale of mattresses directly to consumers.

31.     Mr. Adams then began to utilize the documents he created in order to train current and new MBA dealers, and further utilized same to serve as a basis to provide significant profitability for MBA.  All of these dealers, including MBA itself, began using Mr. Adams' photographs as part of their marketing to gain profits.  These dealers and MBA further used the training manual Mr. Adams created in order to obtain profits for their respective businesses. Finally, these dealers and MBA were permitted to use Mr. Adams' personal information and likeness in order to gain profits for their companies.  This included, for example, personal information in the training manual, testimonial video footage, and additional information related to Mr. Adams, personally.

32.     As a result of Mr. Adams' training through the use of his materials, the average dealer orders and profits soared for MBA.  At or about the time Mr. Adams began working pursuant to the National Director of Training Agreement in September 2014, the average dealer order was $5,900.00.  Over the following year and into 2016, through the use of these materials

and training providing by Mr. Adams, these number gradually increased.  In fact, by the first quarter of 2016, these numbers reached $13,635.00.  Dealers additionally saw substantial increased profits through the use of Mr. Adams' materials and techniques set forth therein.

### III.    Mr. Adams creates Discount Direct, Inc.

33.    Between 2015 and 2019, various issues came up between Mr. Adams and MBA. These issues included MBA's refusal to pay Mr. Adams what was agreed upon in order to serve as the National Director of Training.  Additional issues between the parties arose including MBA violating Mr. Adams' Territory Agreement by permitting a third party to operate in his exclusive territory.  MBA's illegal actions substantially cut into Mr. Adams' profits as a dealer.

34.    As a result, and in order to maintain profitability, prior to June 2019, Mr. Adams created a separate company, Discount Direct, LLC ("Discount Direct"), in order to sell mattresses through independent dealers in various locations throughout the state of Florida and, ultimately, the United States.  Discount Direct was set up to be headquartered in Sarasota, Florida.

35.    In June 2019, and in order to avoid competing with MBA within the same territory, Mr. Adams sought and received approval from MBA to move his MBA territory from Sarasota, Florida to Sebring, Florida.  By doing so, he could continue to maintain a mattress location in Sebring, Florida for MBA, and simultaneously run his company, Discount Direct, separately from Sarasota, Florida.  At all times material hereto, Mr. Adams complied with any and all contractual agreements he had in place with MBA to continue running his location in the agreed upon new territory.

36.    However, in August 2019, MBA believed that what Mr. Adams' violated the aforementioned Territory Agreement.  As a result, and without providing any notice or opportunity to cure as required by the Territory Agreement, on August 15, 2019, MBA notified Mr. Adams

that it was immediately terminating his Territory Agreement.  MBA not only terminated the Territory Agreement, but severed the entire relationship with Mr. Adams, including his position as its National Director of Training.  Mr. Adams contends that based on these actions, as well as earlier actions, MBA is in breach of the Territory Agreement, as well as the Training Agreement.

37.     As a result of the termination of the relationship, it was discovered by Mr. Adams that MBA and its dealers were continuing to use his photographs, personal information, and training manual that he created in order to continue the substantial profits that he generated for them.  As a result, and in order to protect his rights, on August 26, 2019, Mr. Adams filed an application with the United States Copyright Office (the "Copyright Office") with regard to the business plan that he created (the "Training Manual").  Thereafter, the Copyright Office approved Mr. Adams' application and registered his copyright giving the Registration Number: TXu 2-156-964.  A true and correct copy of the Certificate of Registration as to the Training Manual is attached hereto as **Exhibit B**.

38.     On October 26, 2019, Mr. Adams wrote to MBA and demanded that MBA and its dealers cease and desist from the use of the Training Manual that he created as well as the photographs therein.  Mr. Adams, through his former counsel, made the following demands to MBA and its dealers:

> Mr. Cook,
>
> It is obvious from your email that you do not understand copyright law.  MBA is continuing to use materials that have been copyrighted by my client.  MBA is to cease and desist from using the materials that have been copyrighted.
>
> The entire purpose of a copyright is to protect the drafter of the documents from those documents being disseminated without their authorization.  The continued use of these documents will entitle my client to damages.

Please instruct your client to immediately remove the materials contained in the Business Plan from their website and any additional forum that can be accessed by MBA employees, dealers, or any other party affiliated with MBA.

39.     However, MBA and its dealers ignored Mr. Adams' demands and continued to use the copyrighted materials after their relationship was severed and Mr. Adams demanded that the use of such materials cease immediately.

40.     Then, on November 22, 2019, Mr. Adams filed a separate application with the Copyright Office with regard to a group of thirty-one (31) photographs, entitled "Daniel Adams Photos" (the "Photographs").  Mr. Adams thereafter obtained his valid and enforceable copyright as to the Photographs, as reflected in Registration Number: VAu 1-376-421.  A true and correct copy of the Certificate of Registration as to the Photographs is attached hereto as **Exhibit A**.

41.     The Training Manual and the Photographs are hereinafter collectively referred to as the "Copyrighted Works."

42.     Upon Mr. Adams registering his copyrights in both the Photographs and the Training Manual, Mr. Adams maintained the right to enforce same against all entities and/or individuals that violated it through their any unlawful use or purpose, such as to generate profit. In addition, upon the termination of the relationship of the parties, Mr. Adams maintained the right to prohibit the use of his likeness by any third party for any commercial purposes and for the purposes of creating profit.

**IV.     Unlawful Continued Use of the Copyrighted Works and Mr. Adams' Likeness.**

43.     Notwithstanding the above, and after Mr. Adams demanded through MBA that all such unlawful actions by it and its dealers cease and desist, the named Defendants and the Putative Class Members of the Subclasses continued to utilize Mr. Adams' copyrighted Photographs in their marketing materials for profits, continued to use Mr. Adams' likeness for commercial

purposes and for profits, and continued to use Mr. Adams' copyrighted Training Manual for commercial purposes and for profits.

44.     In addition to the named Defendants herein that have violated Mr. Adams' legal rights as described above, the Putative Class Members of the Subclasses that are improperly infringing upon and against Mr. Adams' Copyrighted Works and using Mr. Adams' likeness for their own commercial purposes are in the following locations:

a.  <u>Alabama</u>: Birmingham; Decatur; Opelika.

b.  <u>Arizona</u>: Chandler; Mesa; Phoenix; Tucson.

c.  <u>Arkansas</u>: Cabot; Conway; Fayetteville; Ft. Smith; Jonesboro; Little Rock; Mountain Home; Paragould; Pocahontas; Rogers; Searcy; Siloam Springs.

d.  <u>California</u>: Auburn; Fresno; Marcos; Martinez; Montclair; Placerville; Rocklin; Sacramento; San Diego; Santa Ana; Stockton.

e.  <u>Colorado</u>: Broomfield; Clifton; Colorado Springs; Denver; Ft. Collins; Greeley; Longmont; Parker.

f.  <u>Connecticut</u>: Bridgeport; Wallingford.

g.  <u>Delaware</u>: Dover; Middletown; Newark; Wilmington.

h.  <u>Florida</u>: Apopka; Cocoa; Coral Springs; Dade; Ft. Myers; Haines City; Jacksonville; Largo; Leesburg; Lutz; Marathon; Melbourne; Naples; North Venice; Ocala; Orlando; Pensacola; Plant City; Sanford; St. Augustine; Tallahassee; Titusville; Treasure Coast.

i.  <u>Georgia</u>: Albany; Americus; Atlanta; Augusta; Brunswick; Canton; Cartersville; Columbus; Cordele; Dallas; Duluth; Hinesville; Lagrange; Macon; Marietta; Newnan; Oakwood; Perry; Savannah; Statesboro; Tyrone; Valdosta; Villa Rica.

j.  <u>Idaho</u>: Boise; Burley; Dalton Gardens; Idaho Falls; Pocatello; Twin Falls.

k.  <u>Illinois</u>: Bloomington; Champaign; Chicago; Decatur; Effingham; Elmhurst; Freeport; Naperville; Plano.

l.  <u>Indiana</u>: Bloomington; Goshen; Sellersburg; Washington.

m.  <u>Iowa</u>: Cedar Rapids; Clive; Iowa City.

n. <u>Kansas</u>: Lawrence; Overland Park; Topeka.

o. <u>Kentucky</u>: Bowling Green; Campbellsville; Central City; Erlanger; Hopkinsville; Louisville; Madisonville; Paducah; Russellville.

p. <u>Louisiana</u>: Baker; Bossier City; Covington; Leesville; Prairieville; Sulphur.

q. <u>Maine</u>: Bangor; Biddeford; Calais; Oakland; Windham; Yarmouth.

r. <u>Maryland</u>: Baltimore; Columbia; Owings Mill; Perryville; Salisbury.

s. <u>Massachusetts</u>: Gloucester; Fitchburg.

t. <u>Michigan</u>: Flint; Lansing; Shelby Charter Township.

u. <u>Minnesota</u>: Eden Prairie; Fridley; South St. Paul.

v. <u>Mississippi</u>: Amory; Biloxi; Brandon; Clinton; Diamondhead; Gautier; Guntown; Hernando; Poplarville.

w. <u>Missouri</u>: Carthage; Charles; Columbia; Festus; Florissant; Jefferson City; Joseph; Kansas City; Lee's Summit; Neosho; Sedalia; Sikeston; Springfield; St. Louis.

x. <u>Montana</u>: Great Falls; Missoula; Stevensville.

y. <u>Nebraska</u>: Lincoln.

z. <u>Nevada</u>: Henderson; Las Vegas; Sparks.

aa. <u>New Hampshire</u>: Concord; North Hampton; Plaistow; Rochester.

bb. <u>New Jersey</u>: Freehold; Newton.

cc. <u>New Mexico</u>: Albuquerque.

dd. <u>New York</u>: Elmira; Endicott; Plattsburgh; Ravena; Scranton; South Glens Falls; Victor.

ee. <u>North Carolina</u>: Angier; Asheboro; Asheville; Cary; Charlotte; Clayton; Concord; Durham; Elizabeth City; Forest City; Four Oaks; Franklin; Greensboro; Kernersville; Kingston; Lexington; Monroe; Mooresville; Morganton; Mount Airy; Nashville; New Bern; Rocky Mount; Salisbury; Shelby; Southern Pines; Stanley; Statesville; Sylva; Wake Forest; Washington; Wilkesboro; Wilmington; Winterville.

14

ff.  <u>North Dakota</u>: Fargo; Grand Forks; Jamestown.

gg.  <u>Ohio</u>: Anderson; Cincinnati; Cleveland; Dayton; Holland; Kent; Milford; Powell; Richfield; Toledo; Vandalia.

hh.  <u>Oklahoma</u>: Ardmore; Altus; Bartlesville; Broken Arrow; Chickasha; Edmond; Enid; Henrietta; Lawton; Moore; Muskogee; Norman; Owasso; Sapulpa; Shawnee; Tahlequah; Yukon.

ii.  <u>Pennsylvania</u>: Bensalem; Berwick; Carnegie; Duncansville; Easton; Exton; Hatboro; Hallam; Manheim; Monessen; Philadelphia; Plymouth; Quakertown; Sarver; State College; Willow Street.

jj.  <u>South Carolina</u>: Aiken; Anderson; Camden; Columbia; Florence; Greenwood; Greenville, Hartsville; Lancaster; Laurens; Manning; Myrtle Beach; Orangeburg; Pickens; Ridgeland; Rock Hill; Seneca; Spartanburg; Sumter; Taylors; West Columbia.

kk.  <u>South Dakota</u>: Aberdeen; Brookings; Mitchell; North Sioux City; Platte; Rapid City; Sioux Falls; Watertown; Yankton.

ll.  <u>Tennessee</u>: Alcoa; Clarksville; Cumberland Cap; Dyersburg; Henderson; Jackson; Jacksboro; Kingsport; Knoxville; Lexington; Milan; Nashville.

mm.  <u>Texas</u>: Abilene; Amarillo; Angelo; Arlington; Austin; Carrollton; College Station; Colleyville; Corpus Christi; Desoto; Dumas; Henderson; Killeen; Lubbock; Lufkin; Marble Falls; McKinney; Mesquite; Midland; Mineola; Nacogdoches; New Braunfels; Palestine; Round Rock; Royse City; San Antonio; Spring Branch; Stafford; Temple; Tyler; Von Ormy; Weatherford; Westworth Village.

nn.  <u>Utah</u>: Cedar City; Hurricane; Kamas; Murray; Ogden; Payson; Providence; Provo; St. George; Vernal; West Bountiful.

oo.  <u>Vermont</u>: Essex Junction.

pp.  <u>Virginia</u>: Chesapeake; Hillsville; Huddleston; Martinsville; Newport News; Petersburg; Richmond; Spotsylvania; Wytheville.

qq.  <u>West Virginia</u>: Charleston; Huntington; Weirton.

rr.  <u>Wisconsin</u>: Crosse; Dodgeville; Hudson.

ss.  <u>Wyoming</u>: Cheyenne; Laramie.

45.     In addition to using Mr. Adams' Copyrighted Works and his likeness unlawfully, Defendants and the Putative Class Members of the Photographs Subclass published countless images, on numerous occasions, all over the Internet, social media, and other marketing and advertising platforms, thereby showing Mr. Adams' Photographs, but making it appear is if it is their own product and/or materials.  As such, there are a numerous publications of Mr. Adams' Photographs between hundreds of locations, which have been used improperly, thereby plastering his materials thousands of times over across the United States.

46.     Upon information and belief, all the revenues generated by Defendants and the Putative Class Members result of the use of Mr. Adams' Photographs, likeness, and Training Manual.  MBA has, in fact, claimed that 100% of its revenues have been obtained directly as a result of the Business Plan/Training Manual, the same Training Manual/Business Plan that includes the copyrighted Photographs, Mr. Adams' likeness, and additional copyrighted information.

47.     Specifically, included therein, are pictures of Mr. Adams' showroom and/or warehouse.  These images were taken, created, and designed by Mr. Adams, which reflect his unique style of selling, advertising, and/or marketing his business model and activities.  Defendant C & C Sleeps' use of Mr. Adams' Copyrighted Works and/or likeness are attached hereto as **Composite Exhibit C**.  Defendant J & L Mattress' use of Mr. Adams' Copyrighted Works and/or likeness are attached hereto as **Composite Exhibit D**.  Defendant Mr. Gilroy's use of Mr. Adams' Copyrighted Works and/or likeness are attached hereto as **Composite Exhibit E**.

48.     Furthermore, Defendants and the Putative Class Members of the Subclasses are still using Mr. Adams' name and phone number within the Copyrighted Training Manual without consent and/or authorization.

49.     This conduct has thus created a false and misleading appearance and/or impression that Mr. Adams is still somehow connected, associated, and/or participated with Defendants, MBA, and the Putative Class Members of the Subclasses, now or in the future, concerning sales and/or related business activities.

50.     However, Mr. Adams is no longer affiliated with Defendants, MBA, and the Putative Class Members of the Subclasses.  In fact, MBA ensured that all such connections between Mr. Adams and Defendants, MBA, and the Putative Class Members of the Subclasses were completely severed once MBA improperly and unlawfully terminated the Territory Agreement.

51.     As such, any continued use of Mr. Adams' images, likeness, and/or identity were unequivocally done without his consent, permission, and/or authorization since Mr. Adams' never assigned, licensed, and/or otherwise endorsed said conduct.

52.     Mr. Adams has never been compensated for the use of the photographs, his likeness, or the training materials during the dates as set forth in the subclass descriptions.

53.     At all times material hereto, Mr. Adams was and is the sole and exclusive owner of all rights, title, and interest to his images, likeness and/or identity, which were and still are unlawfully being utilized by the Putative Class Members of the Subclasses, including but not limited to Defendants, and will likely continue to be used unless and until this Court stops this improper conduct.

### COUNT I
### COPYRIGHT INFRINGEMENT – PHOTOGRAPHS
**(Violation of Copyright Act of 1976, 17 U.S.C. §§ 101 and 501 *et seq.*)**

54.     Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 through 53 above as if fully set forth herein.

55.     Defendants' and the Putative Class Members' of the Photographs Subclass conduct, as described above, infringed upon Plaintiff's copyright in and to his Photographs under 17 U.S.C. §§ 501 *et seq.*

56.     Plaintiff owns a valid and enforceable copyright with respect to the Photographs, as shown by Registration Number VAu 1-376-421.  *See* **Exhibit A**.

57.     Defendants and the Putative Class Members of the Photographs Subclass copied constituent elements of the copyrighted Photographs that are original.  This included the unlawful use of the copyrighted Photographs as part of, and in support of their business, including the use of the Photographs within their advertisements, commercial websites, social media, and in additional areas related thereto.

58.     As a direct and proximate result of Defendants' and the Putative Class Members' of the Photographs Subclass conduct, as described above, Plaintiff sustained damages.

59.     Upon information and belief, Plaintiff will continue to be damaged as a direct and proximate result of Defendants' and the Putative Class Members' of the Photographs Subclass intention to continue its course of conduct to wrongfully use, infringe upon, and otherwise profit from Plaintiff's Photographs.

60.     The actions of Defendants and the Putative Class Members are willful, intentional, and done with direct knowledge that they were violating Plaintiff's copyright in the Photographs.

61.     Plaintiff is entitled to recover from Defendants and the Putative Class Members of the Photographs Subclass the damages, including statutory damages, in relation to the actions of infringement.  In addition, and/or alternatively, Plaintiff is entitled to recover any gains, profits, and advantages obtained by Defendants and the Putative Class Members of the Photographs Subclass as a result of their infringing acts as described above.

**WHEREFORE**, Plaintiff requests the following relief:

a. The Court certify the Putative Class Members of the Photographs Subclass as described in Paragraph 8(a).

b. The Court find that Defendants and the Putative Class Members of the Photographs Subclass infringed upon Plaintiff's copyrighted Photographs.

c. The Court enter judgment for Plaintiff and against Defendants and the Putative Class Members of the Photographs Subclass for statutory damages, pursuant to 17 U.S.C. § 504 and/or

d. The Court enter judgment for Plaintiff and against Defendants and the Putative Class Members of the Photographs Subclass regarding any profits obtained by Defendants and the Putative Class Members of the Photographs Subclass attributable to the infringement, pursuant to 17 U.S.C. § 504.

e. The Court enter an order awarding Plaintiff the costs of this civil action, together with interest and reasonable attorney's fees, in accordance with and pursuant to 17 U.S.C. § 505.

f. The Court enter an order granting such other and further relief as it deems just and proper under the circumstances.

<u>**COUNT II**</u>
<u>**UNAUTHORIZED MISAPPROPRIATION OF NAME AND LIKENESS**</u>
**(Violation of Right of Publicity, Fla. Stat. § 540.08)**

62.     Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 through 53 above as if fully set forth herein.

63.     Plaintiff has a statutory right of publicity under section 540.08(1) of the Florida Statues, which states, in pertinent part, that

No person shall publish, print, display or otherwise publicly use for purposes of trade or for any commercial or advertising purpose the name, portrait, photograph, or other likeness of any natural person without the express written or oral consent to such use given by:

    a.   Such person; or

    b.   Any other person, firm or corporation authorized in writing by such person to license the commercial use of her or his name or likeness.

64.    Notwithstanding the unambiguous language within section 540.08 of the Florida Statutes, Defendants and the Putative Class Members of the Name and Likeness Subclass published Plaintiff's name, images, likeness, and/or identity, directly and/or indirectly, through their advertisements and testimonials on their internet websites in order to promote and/or otherwise market their business activities, and thus, generate profit without the express written or oral consent of the Plaintiff.  *See* **Exhibit F**.

65.    At all times material hereto, Plaintiff was and is the exclusive owner of all rights, title, and interest as to his images, likeness, and/or identity, which were and still are unlawfully being utilized by Defendants and the Putative Class Members of the Subclass for their benefit.

66.    However, on August 15, 2019, the relationship between the parties ceased.  As of that time frame, Plaintiff never consented to, permitted, assigned, licensed, and/or otherwise agreed to Defendants' and the Putative Class Members' of the Name and Likeness Subclass continued use of his images, likeness, and/or identity to advertise, promote, market, generate, or otherwise endorse any business activities conducted by Defendants and the Putative Class Members of the Name and Likeness Subclass including during the time frames as described in the subclass description.

67.    Nevertheless, Defendants and the Putative Class Members of the Name and Likeness Subclass intentionally or, at a minimum, recklessly published, printed, displayed, or

otherwise publicly disseminated or utilized Plaintiff's images, likeness, and/or identity for the purposes of trade and/or other commercial, marketing, and/or advertising purposes as described herein.

68.    Defendants and the Putative Class Members of the Name and Likeness Subclass had actual and/or constructive knowledge or otherwise consciously disregarded the wrongfulness of their conduct, whether collectively or independently, and thus, deprived Plaintiff of a property interest, and further acted with actual and/or constructive knowledge as to the high likelihood that Plaintiff would incur or otherwise suffer an injury or be damaged.

69.    However, at a minimum, the conduct of Defendants and the Putative Class Members of the Name and Likeness Subclass was so reckless and/or wanton in care that it constituted a conscious disregard of and/or difference concerning Plaintiff's rights.

70.    In the alternative, Defendants and the Putative Class Members of the Name and Likeness Subclass acted negligently towards Plaintiff as to their continued unauthorized use of his images, likeness, and/or identify in order to market, promote, advertise, and/or generate events and activities concerning their business and/or profits.

71.    Consequently, Defendants and the Putative Class Members of the Name and Likeness Subclass caused irreparable harm to Plaintiff, including but not limited to his reputation and brand by unlawfully utilizing the aforementioned images, likeness, and/or identity within their business activities and/or events, and thus, giving the false appearance that they are associated with Plaintiff or, alternatively, such images, likeness, and/or identity belongs to and/or is otherwise owned by Defendants and the Putative Class Members of the Name and Likeness Subclass.

72.    Plaintiff has been damaged further as a direct and proximate result of Defendants' and the Putative Class Members' of the Name and Likeness Subclass unauthorized use of

Plaintiff's images, likeness, and/or identity without compensating Plaintiff, and thus, done in conscious disregard of Plaintiff's rights.

73.      Accordingly, Plaintiff is entitled to an award of damages, including but not limited to punitive damages.

**WHEREFORE**, Plaintiff requests the following relief:

a.    The Court certify the Putative Class Members of the Name and Likeness Subclass as described in Paragraph 8(b).

b.    The Court find that Defendants and the Putative Class Members of the Name and Likeness Subclass unlawfully used Plaintiff's images, likeness, and/or identity, and thus, violated section 540.08 of the Florida Statutes.

c.    The Court enter judgement for Plaintiff and against Defendants and the Putative Class Members of the Name and Likeness Subclass for Plaintiff's actual damages;

d.    The Court enter judgement for Plaintiff and against Defendants and the Putative Class Members of the Name and Likeness Subclass for reasonably royalties, pursuant to section 540.08(2) of the Florida Statutes;

e.    The Court enter judgement for Plaintiff and against Defendants and the Putative Class Members of the Name and Likeness Subclass for exemplary damages pursuant to section 540.08(2) of the Florida Statutes; and/or

f.    The Court enter judgement for Plaintiff and against Defendants and the Putative Class Members of the Name and Likeness Subclass for punitive damages pursuant to section 540.08(2) of the Florida Statutes;

g.    The Court enter an order granting such other and further relief as it deems just and proper under the circumstances.

## <u>COUNT III</u>
## <u>COPYRIGHT INFRINGEMENT – TRAINING MANUAL</u>
### (Violation of Copyright Act of 1976, 17 U.S.C. §§ 101 and 501 *et seq.*)

74.     Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 through 53 above as if fully set forth herein.

*75.*     Defendants' and the Putative Class Members' of the Training Manual Subclass conduct, as described in paragraph 9.c. above, infringed upon Plaintiff's copyright in and to his Training Manual under 17 U.S.C. §§ 501 *et seq.*

76.     Plaintiff owns a valid and enforceable copyright with respect to the Training Manual, as shown by Registration Number: TXu 2-156-964.  In addition, Plaintiff is the sole author of the Training Manual for purposes of copyright protection.  *See* **Exhibit B**.

77.     Alternatively, Plaintiff is the joint author and/or otherwise the author of the Training Manual as a derivative work.  Regardless of whether Plaintiff is considered to be the sole author, joint author, or author of the materials as a derivative work, he maintains the rights to enforce his copyrights in the Training Manual and entitled to recover damages for any actions of infringement.

78.     Defendants and the Putative Class Members of the Training Manual Subclass used the Training Manual, without Plaintiff's permission, during the time frame in class description, as part of, and in support of their business, including the use of the Training Manual to generate profit and/or otherwise obtain a commercial advantage as reflected in their advertisements, commercial websites, social media, and in additional areas related thereto.

79.     As a direct and proximate result of Defendants' and the Putative Class Members' of the Training Manual Subclass conduct, as described above, Plaintiff sustained damages.

80.     Upon information and belief, Plaintiff will continue to be damaged as a direct and proximate result of Defendants' and the Putative Class Members' of the Training Manual Subclass intention to continue its course of conduct to wrongfully use, infringe upon, and otherwise profit from Plaintiff's Training Manual.

81.     The actions of Defendants and the Putative Class Members are willful, intentional, and done with direct knowledge that they were violating the Plaintiff's copyright in the Training Manual.

82.     Plaintiff is entitled to recover from Defendants and the Putative Class Members of the Training Manual Subclass the damages, including statutory damages, in relation to the actions of infringement.  In addition, and/or alternatively, Plaintiff is entitled to recover any gains, profits, and advantages obtained by Defendants and the Putative Class Members of the Training Manual Subclass as a result of their infringing acts as described above.

**WHEREFORE**, Plaintiff requests the following relief:

a.  The Court certify the Putative Class Members of the Training Manual Subclass as described in Paragraph 9(c).

b.  The Court find that Defendants and the Putative Class Members of the Training Manual infringed upon Plaintiff's copyrighted Training Manual during the time frame as described in the Training Manual Subclass description.

c.  The Court enter judgment for Plaintiff and against Defendants and the Putative Class Members of the Training Manual Subclass for statutory damages, pursuant to 17 U.S.C. § 504 and/or

d.  The Court enter judgment for Plaintiff and against Defendants and the Putative Class Members of the Training Manual Subclass regarding any profits obtained by

Defendants and the Putative Class Members of the Training Manual Subclass attributable to the infringement, pursuant to 17 U.S.C. § 504.

e.   The Court enter an order awarding Plaintiff the costs of this civil action, together with interest and reasonable attorney's fees, in accordance with and pursuant to 17 U.S.C. § 505.

f.   The Court enter an order granting such other and further relief as it deems just and proper under the circumstances.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury for all Counts as set forth herein.

**The Downs Law Group, P.A.**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Tel: (305) 444-8226
Facsimile: (305) 444-6773
Jeremy D. Friedman, Esq.
Florida Bar # 134643
jfriedman@downslawgroup.com
Paul A. Hankin, Esq., LL.M.
Florida Bar # 125402
phankin@downslawgroup.com
*Attorneys for Plaintiff*

/s/ Jeremy D. Friedman
Jeremy D. Friedman, Esq.

**Exhibit A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesla*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-376-421

**Effective Date of Registration:**
November 22, 2019
**Registration Decision Date:**
November 22, 2019



## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title _____

Title of Group:   Daniel Adams Photos
Number of Photographs in Group:   31

## Completion/Publication _____

Year of Completion:   2016

## Author _____

- Author:   Daniel Adams
  Author Created:   photographs
  Citizen of:   United States
  Domiciled in:   United States

## Copyright Claimant _____

Copyright Claimant:   Daniel Adams
7760 US Open Loop, Lakewood Rancg

## Rights and Permissions _____

Name:   Daniel Adams
Email:   danielnadams@gmail.com
Telephone:   (941)387-4810
Address:   7760 US Open Loop
Lakewood Ranch, FL

## Certification _____

Name:   Daniel Adams

Page 1 of 2

Scanned with CamScanner

Date:   October 30, 2019

---

Correspondence:         Yes
Copyright Office notes:   Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) are
unpublished AND (b) were created by the same author AND (c) are owned by
the same copyright claimant AND 2. The group contains 750 photographs or
less AND 3. A sequentially numbered list of photographs containing the title
and file name for each photograph included in the group must be uploaded
along with other required application materials. The list must be submitted in
an approved document format such as .XLS or .PDF. The file name for the
numbered list must contain the title of the group and the Case Number assigned
to the application.

Scanned with CamScanner

# Certificate of Registration

# Exhibit B



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Lirla*

United States Register of Copyrights and Director

**Registration Number**

## TXu 2-156-964

**Effective Date of Registration:**
August 26, 2019
**Registration Decision Date:**
September 24, 2019

## Title
        **Title of Work:**  Mattress By Appointment Business Plan

## Completion/Publication
      **Year of Completion:**  2014

## Author
-     **Author:**  Daniel Adams
    **Author Created:**  text
  **Work made for hire:**  No
      **Citizen of:**  United States
    **Domiciled in:**  United States
     **Year Born:**  1984

## Copyright Claimant
  **Copyright Claimant:**  Daniel Adams
    7760 US Open Loop, Lakewood Ranch, FL, 34202, United States

## Rights and Permissions
        **Name:**  Daniel Adams
        **Email:**  danielnadams@gmail.com
    **Telephone:**  (941)387-4810
  **Alt. Telephone:**  (941)387-4810
     **Address:**  7760 US Open Loop
    Lakewood Ranch, FL 34202 United States

## Certification

Page 1 of 2

Scanned with CamScanner

**Name:** Daniel Adams

**Date:** August 26, 2019

**Copyright Office notes:** Regarding authorship information: Methods and systems not copyrightable. 17 USC 102(b). Registration extends to text contained in deposit.

Scanned with CamScanner

# Composite Exhibit C















**Composite Exhibit D**

















## Composite Exhibit E











# MATTRESS BY APPOINTMENT®

**SCHEDULE APPOINTMENT**

HOME   FINANCING   ABOUT US   MATTRESSES   LOCATION & DIRECTIONS

**HUGE MATTRESS LIQUIDATION**

**ALL MATTRESSES MUST GO!**

**CLOSEOUT PRICES**

**$40 DOWN** TAKES HOME A MATTRESS TODAY!

**50% - 80% OFF** RETAIL PRICE!

**$40** Down Takes it Home Today!

**$150** Queens!

**SAVE 50 - 80%**
Off Retail Store Prices!

☎ **561-379-1471**

**DIRECTIONS**

656 N. U.S. Highway 1
Tequesta, FL 33469

Mattress By Appointment
656 N. U.S. Highway 1 , Tequesta FL 33469
View on Google Maps

MATTRESS BY APPOINTMENT®





**HOME**   **FINANCING**   **ABOUT US**   **MATTRESSES**   **LOCATION & DIRECTIONS**





# Exhibit F

 (http://www.mattressbyappointment.com/)

LOWEST PRICES NATIONWIDE

OWN YOUR OWN LOCATION »
(HTTPS://MATTRESSBYAPPOINTMENTCAREERS.COM

DEALERS LOGIN
(HTTPS://MATTRESSBYAPPOINTMENT.COM/)

FIND LOCATION (/LOCATIONS)

Enter Zip Code

MATTRESSES (HTTP://WWW.MATTRESSBYAPPOINTMENT.COM/MATTRESSES/)

SHOP BY BRANDS (HTTP://WWW.MATTRESSBYAPPOINTMENT.COM/SHOP-BY-BRANDS/)

ADJUSTABLE BEDS (HTTP://WWW.MATTRESSBYAPPOINTMENT.COM/ADJUSTABLE-BEDS/)

TYPE (HTTP://WWW.MATTRESSBYAPPOINTMENT.COM/TYPE/)

LOCATIONS (HTTP://WWW.MATTRESSBYAPPOINTMENT.COM/LOCATIONS-1/)

Home (Http://Www.Mattressbyappointment.Com/)
Careers (Https://Store-Nr5c9xqt.Mybigcommerce.Com/Careers)          Dealer Testimonials

# Dealer Testimonials

## Hear From our Dealers

Our dealers come from all kinds of backgrounds. See for yourself why they enjoy being part of the Mattress By Appointment team and how being their own boss has positively impacted their lives.



### Shawn Cranford
(https://www.youtube.com/watch?v=KupWR7g_4eA&rel=0)



(https://www.youtube.com/watch?v=KupWR7g_4eA&rel=0)

MBA Springfield, MO »
(https://mattressbyappointme

### Lynna Chenault
(https://www.youtube.com/watch?v=tZvTjqGNe9U&rel=0)



(https://www.youtube.com/watch?v=tZvTjqGNe9U&rel=0)

MBA Henderson, TX »
(https://mattressbyappointme

### Karlee Bentz
(https://www.youtube.com/watch?v=DarPrKRCd5Y&rel=0)



(https://www.youtube.com/watch?v=DarPrKRCd5Y&rel=0)

MBA Billings, MT »
(https://mattressbyappointme

### Shawnay Hansen
(https://www.youtube.com/watch?v=kl5mPD7zWfA&rel=0)



(https://www.youtube.com/watch?v=kl5mPD7zWfA&rel=0)

MBA Laramie, WY »
(https://mattressbyappointme

### Judy Backer
(https://www.youtube.com/watch?v=ZA957kKjJrA&rel=0)



(https://www.youtube.com/watch?v=ZA957kKjJrA&rel=0)

MBA Clifton, CO »
(https://mattressbyappointme

### Scott Greenblat
(https://www.youtube.com/watch?v=_N0v50xqbYI&rel=0)



(https://www.youtube.com/watch?v=_N0v50xqbYI&rel=0)

MBA Arlington Heights, IL »
(https://mattressbyappointme

### Ashlee Walsh
(https://www.youtube.com/watch?v=0TzOizqa4U4&rel=0)



(https://www.youtube.com/watch?v=0TzOizqa4U4&rel=0)

MBA Cedar City, UT »
(https://mattressbyappointme

### Adam Walsh
(https://www.youtube.com/watch?v=cQPAGUhm9K0&rel=0)



(https://www.youtube.com/watch?v=cQPAGUhm9K0&rel=0)

MBA Cedar City, UT »
(https://mattressbyappointme



Find Location

### Gail R. Gale
(https://www.youtube.com/watch?v=5xNoZqPIVEA&rel=0)



(https://www.youtube.com/watch?v=5xNoZqPIVEA&rel=0)

MBA Great Falls, MT »
(https://mattressbyappointme

### Kim Gwynn
(https://www.youtube.com/watch?v=ZmiUQVczj4c&rel=0)



(https://www.youtube.com/watch?v=ZmiUQVczj4c&rel=0)

MBA Scottsdale, AZ »
(https://mattressbyappointme

### Dan Brock
(https://www.youtube.com/watch?v=VZHMCbA3_JA&rel=0)



(https://www.youtube.com/watch?v=VZHMCbA3_JA&rel=0)

MBA Carrollton, TX »
(https://mattressbyappointme

### Paul Graham
(https://www.youtube.com/watch?v=XAeIQzM14Ic&rel=0)



(https://www.youtube.com/watch?v=XAeIQzM14Ic&rel=0)

MBA Murrieta, CA »
(https://mattressbyappointme

### Michael Zoril
(https://www.youtube.com/watch?v=HXK0dw6dD7Y&rel=0)



(https://www.youtube.com/watch?v=HXK0dw6dD7Y&rel=0)

MBA Beloit, WI »
(https://mattressbyappointme

### Abby Cogley
(https://www.youtube.com/watch?v=O-cKb7jkUiU&rel=0)



(https://www.youtube.com/watch?v=O-cKb7jkUiU&rel=0)

MBA Aberdeen, SD »
(https://mattressbyappointme

### Karyn Kline
(https://www.youtube.com/watch?v=IG_DSwZmVsI&rel=0)



(https://www.youtube.com/watch?v=IG_DSwZmVsI&rel=0)

MBA Fort Collins, CO »
(https://mattressbyappointme

### Justin Kirk
(https://www.youtube.com/watch?v=I-A0G_-12YA&rel=0)



(https://www.youtube.com/watch?v=I-A0G_-12YA&rel=0)

MBA Sacramento, CA »
(https://mattressbyappointme



Find Location

Mike Garner
(https://www.youtube.com/watch?v=Hy6wfSUhVQw&rel=0)



(https://www.youtube.com/watch?v=Hy6wfSUhVQw&rel=0)

MBA Montclair, CA »
(https://mattressbyappointme

Mike Sammon
(https://www.youtube.com/watch?v=NQ6iNfUK_L8&rel=0)



(https://www.youtube.com/watch?v=NQ6iNfUK_L8&rel=0)

MBA Nashville, TN »
(https://mattressbyappointme

Steven Huggins
(https://www.youtube.com/watch?v=s7P0ECmynBg&rel=0)



(https://www.youtube.com/watch?v=s7P0ECmynBg&rel=0)

MBA Fresno, CA »
(https://mattressbyappointme

Ted Eckerson
(https://www.youtube.com/watch?v=Gwl_MX-1DyM&rel=0)



(https://www.youtube.com/watch?v=Gwl_MX-1DyM&rel=0)

MBA Pagosa Springs, CO »
(https://mattressbyappointme

Johnny Allen
(https://www.youtube.com/watch?v=w3oUUX7R7sc&rel=0)



(https://www.youtube.com/watch?v=w3oUUX7R7sc&rel=0)

MBA Louisville, KY »
(https://mattressbyappointme

Brandy Waltman-Craig
(https://www.youtube.com/watch?v=uru2gP5MnHk&rel=0)



(https://www.youtube.com/watch?v=uru2gP5MnHk&rel=0)

MBA Diamondhead, MS »
(https://mattressbyappointme

Merissa Hylbak
(https://www.youtube.com/watch?v=wyJBsOolzhI&rel=0)



(https://www.youtube.com/watch?v=wyJBsOolzhI&rel=0)

MBA Marietta, GA »
(https://mattressbyappointme

Aaron Perkins
(https://www.youtube.com/watch?v=clA3eAzx1EI&rel=0)



(https://www.youtube.com/watch?v=clA3eAzx1EI&rel=0)

MBA Erlanger, KY »
(https://mattressbyappointme



### Nicolas Hershey (https://www.youtube.com/watch?v=b_OmUzT94tI&rel=0)



(https://www.youtube.com/watch?v=b_OmUzT94tI&rel=0)

MBA Manheim, PA » (https://mattressbyappointme

### Matt Hershey (https://www.youtube.com/watch?v=oaR9olIY1FA&rel=0)



(https://www.youtube.com/watch?v=oaR9olIY1FA&rel=0)

MBA Manheim, PA » (https://mattressbyappointme

### Jeffrey & Joanne Rivera (https://www.youtube.com/watch?v=duDbJ7Y2EIE&rel=0)



(https://www.youtube.com/watch?v=duDbJ7Y2EIE&rel=0)

MBA Cocoa, FL » (https://mattressbyappointme

### Dave Garber (https://www.youtube.com/watch?v=ER7YJsSsoIY&rel=0)



(https://www.youtube.com/watch?v=ER7YJsSsoIY&rel=0)

MBA Quakertown, PA » (https://mattressbyappointme

### Dean Garber (https://www.youtube.com/watch?v=bpAOdjdqqb8&rel=0)



(https://www.youtube.com/watch?v=bpAOdjdqqb8&rel=0)

MBA Lancaster, SC » (https://mattressbyappointme

### Jim Craig (https://www.youtube.com/watch?v=8Q9z4LNn7LY&rel=0)



(https://www.youtube.com/watch?v=8Q9z4LNn7LY&rel=0)

MBA Diamondhead, MS » (https://mattressbyappointme

### Allen Daniels (https://www.youtube.com/watch?v=fIkcOuUSpvg&rel=0)



(https://www.youtube.com/watch?v=fIkcOuUSpvg&rel=0)

MBA Chapin, SC » (https://mattressbyappointme

### Selena Wilkes (https://www.youtube.com/watch?v=dEVlWIrOG3M&rel=0)



(https://www.youtube.com/watch?v=dEVlWIrOG3M&rel=0)

MBA Williamsport, MD » (https://mattressbyappointme



Elliott Ratliff
(https://www.youtube.com/watch?v=ZrMKKBtFSxY&rel=0)

Derick Racette
(https://www.youtube.com/watch?v=sNU6VJlyruE&rel=0)

Robert Vaughn
(https://www.youtube.com/watch?v=zxcoFwqJYuQ&rel=0)

Marty Pendleton
(https://www.youtube.com/watch?v=HppOf1BspSQ&rel=0)



(https://www.youtube.com/wa
v=ZrMKKBtFSxY&rel=0)



(https://www.youtube.com/wa
v=sNU6VJlyruE&rel=0)



(https://www.youtube.com/wa
v=zxcoFwqJYuQ&rel=0)



(https://www.youtube.com/wa
v=HppOf1BspSQ&rel=0)

MBA Pittsboro, NC »
(https://mattressbyappointme

MBA Plattsburgh, NY »
(https://mattressbyappointme

MBA Anderson, SC »
(https://mattressbyappointme

MBA Clarksville, TN »
(https://mattressbyappointme

John Baxter
(https://www.youtube.com/watch?v=JpJwcigzr08&rel=0)

Stan Lineberry
(https://www.youtube.com/watch?v=Fc6H9REDdmE&rel=0)

Jeff Meisnere
(https://www.youtube.com/watch?v=DaUm5EteUJM&rel=0)

Jim Bunt
(https://www.youtube.com/watch?v=uqkh0yJScVg&rel=0)



(https://www.youtube.com/wa
v=JpJwcigzr08&rel=0)



(https://www.youtube.com/wa
v=Fc6H9REDdmE&rel=0)



(https://www.youtube.com/wa
v=DaUm5EteUJM&rel=0)



(https://www.youtube.com/wa
v=uqkh0yJScVg&rel=0)

MBA Greenville, SC »
(https://mattressbyappointme

MBA Hickory, NC »
(https://mattressbyappointme

MBA Graham, NC »
(https://mattressbyappointme

MBA Columbia, SC »
(https://mattressbyappointme



Find Location

Dealer Testimonials

Jon Stevenson (https://www.youtube.com/watch?v=vXnqVnmEkH4&rel=0)



(https://www.youtube.com/watch?v=vXnqVnmEkH4&rel=0)

MBA Rock Hill, SC » (https://mattressbyappointme

Neal Birnbaum (https://www.youtube.com/watch?v=g3P9tP8Wves&rel=0)



(https://www.youtube.com/watch?v=g3P9tP8Wves&rel=0)

MBA San Diego, CA » (https://mattressbyappointme

Nick Kirk (https://www.youtube.com/watch?v=OrwxT8p8CIU&rel=0)



(https://www.youtube.com/watch?v=OrwxT8p8CIU&rel=0)

MBA Rocklin, CA » (https://mattressbyappointme

Mike Bena (https://www.youtube.com/watch?v=GMEtTN6iTpc&rel=0)



(https://www.youtube.com/watch?v=GMEtTN6iTpc&rel=0)

MBA McPherson, KS » (https://mattressbyappointme

Daniel Adams (https://www.youtube.com/watch?v=8AZYrrIFmmw&rel=0)



(https://www.youtube.com/watch?v=8AZYrrIFmmw&rel=0)

MBA Sarasota, FL » (https://mattressbyappointme

Reed Bales (https://www.youtube.com/watch?v=bfasW4xFuA4&rel=0)



(https://www.youtube.com/watch?v=bfasW4xFuA4&rel=0)

MBA Colleyville, TX » (https://mattressbyappointme

Dan Holtz (https://www.youtube.com/watch?v=1wCIkCkJV_c&rel=0)



(https://www.youtube.com/watch?v=1wCIkCkJV_c&rel=0)

MBA Essex Junction, VT » (https://mattressbyappointme

Aaron Easter (https://www.youtube.com/watch?v=nHtEsvhFOVQ&rel=0)



(https://www.youtube.com/watch?v=nHtEsvhFOVQ&rel=0)

MBA Stillwater, OK » (https://mattressbyappointme



Chuck Eastley (https://www.youtube.com/watch?v=H0hvoINiN5Q&rel=0)



(https://www.youtube.com/watch?v=H0hvoINiN5Q&rel=0)

MBA Concord, NH » (https://mattressbyappointme

Anthony Christensen (https://www.youtube.com/watch?v=_Uy10Lik60I&rel=0)



(https://www.youtube.com/watch?v=_Uy10Lik60I&rel=0)

MBA Sioux Falls, SD » (https://mattressbyappointme

Ben Inbody (https://www.youtube.com/watch?v=itWnp__T3J8&rel=0)



(https://www.youtube.com/watch?v=itWnp__T3J8&rel=0)

MBA Waukee, IA » (https://mattressbyappointme

Brant Littrell (https://www.youtube.com/watch?v=iTFs8HDflqA&rel=0)



(https://www.youtube.com/watch?v=iTFs8HDflqA&rel=0)

MBA Winfield, KS » (https://mattressbyappointme

Derek Garber (https://www.youtube.com/watch?v=GtYe-8r3hJk&rel=0)



(https://www.youtube.com/watch?v=GtYe-8r3hJk&rel=0)

MBA Oklahoma City, OK » (https://mattressbyappointme

Donn Ziemer (https://www.youtube.com/watch?v=5_pNZafOvLU&rel=0)



(https://www.youtube.com/watch?v=5_pNZafOvLU&rel=0)

MBA Milton, WI » (https://mattressbyappointme

Eric Toole (https://www.youtube.com/watch?v=Gj3VVvuUb80&rel=0)



(https://www.youtube.com/watch?v=Gj3VVvuUb80&rel=0)

MBA West Columbia, SC » (https://mattressbyappointme

Jeremy Cornell (https://www.youtube.com/watch?v=IoMINaPHnmo&rel=0)



(https://www.youtube.com/watch?v=IoMINaPHnmo&rel=0)

MBA Decatur, IL » (https://mattressbyappointme



Dealer Testimonials

John Beaudoin
(https://www.youtu
be.com/watch?
v=qerf9MTR2Aw&r
el=0)



(https://www.youtube.com/wa
v=qerf9MTR2Aw&rel=0)

MBA Rochester, NH »
(https://mattressbyappointme

John Eiben
(https://www.youtu
be.com/watch?
v=dzOaWL9gg4E&
rel=0)



(https://www.youtube.com/wa
v=dzOaWL9gg4E&rel=0)

MBA Tequesta, FL »
(https://mattressbyappointme

Kristi Ziemer
(https://www.youtu
be.com/watch?
v=Gzb2DFYWxcg&
rel=0)



(https://www.youtube.com/wa
v=Gzb2DFYWxcg&rel=0)

MBA Milton, WI »
(https://mattressbyappointme

Kristie Loyer
(https://www.youtu
be.com/watch?
v=GjWqbeekTpc&r
el=0)



(https://www.youtube.com/wa
v=GjWqbeekTpc&rel=0)

MBA Sylva, NC »
(https://mattressbyappointme

Lauren Sobala
(https://www.youtu
be.com/watch?
v=kKy-
X4rXbP4&rel=0)



(https://www.youtube.com/wa
v=kKy-X4rXbP4&rel=0)

MBA Jesup, GA »
(https://mattressbyappointme

Sandi Murphy
(https://www.youtu
be.com/watch?
v=7ANbk1NhHWo
&rel=0)



(https://www.youtube.com/wa
v=7ANbk1NhHWo&rel=0)

MBA Chesapeake, VA »
(https://mattressbyappointme

Nicole Nelson
(https://www.youtu
be.com/watch?v=-
tFqPBguVeI&rel=0)



(https://www.youtube.com/wa
v=-tFqPBguVeI&rel=0)

MBA Bloomington, IL »
(https://mattressbyappointme





## MATTRESS SALES

Tempur-Pedic Offers
(/tempur-pedic/)

Mattress In A Box Sale
(/mattress-in-a-box-
clearance-closeout/)

Serta Perfect Sleeper Sale
(/serta-perfect-sleeper-
sertapedic/)

Beautyrest Platinum Sale
(/simmons-beautyrest-
platinum/)

Beautyrest Silver Sale
(/simmons-beautyrest-silver/)

Beautryrest Silver Hybrid
Sale (/simmons-beautyrest-
silver-hybrid/)

BeautySleep Mattress
Specials (/beautyrest-
beautysleep/)

Sealy Essentials Sale
(/sealy-essentials/)

Sealy Performance Sale
(/sealy-performance/)

Sealy Premium Sale (/sealy-
premium/)

Sealy Hybrid Sale (/sealy-
hybrid/)

Five Star Mattress Deals
(/five-star-mattresses/)

Mattress By Appointment
Sales (/mattress-by-
appointment-series/)

Wellsville by Malouf Deals
(/wellsville-malouf/)

DreamSmart Mattress Deals
(/soft-tex-dreamsmart-
mattresses/)

## BLOG POSTS

(/blog/)

## ADJUSTABLE BED SALE

Serta Adjustable Beds Sale
(/serta-adjustable-beds/)

Tempur-Pedic Adjustables
Offers (/tempur-pedic-
adjustables/)

Sealy Adjustable Beds Deals
(/sealy-adjustable-beds/)

Simmons SmartMotion
Adjustable (/simmons-
smartmotion-adjustable-
bases/)

Mantua Rize Adjustable Bed
Deals (/mantua-rize-
adjustable-beds/)

## SHOP MATTRESS TYPES

Gel Memory Foam Mattress
Sale (/gel-memory-foam/)

Hybrid Mattresses On Sale
(/hybrid-mattresses-on-sale/)

Pocketed Coil Mattress Sale
(/pocketed-coil-mattresses-
on-sale/)

Innerspring Mattress Deals
(/traditional-inner-spring-
mattresses-on-sale/)

Largest Adjustable Bed Sale
(/adjustable-bed-clearance-
closeout-sale/)

Mattress In A Box Sale
(/mattress-in-a-box-
clearance-closeout/)

## BRANDS AVAILABLE

Tempur-Pedic Mattresses
(/tempurpedic/)

Sealy Mattresses (/sealy/)

Beautyrest Mattresses
(/simmons/)

Serta Mattresses (/serta/)

Five Star Mattresses (/five-
star-mattress/)

Mattress By Appointment
Beds (/mattress-by-
appointment-series-1/)

Wellsville Mattresses
(/wellsville-malouf/)

DreamSmart Mattresses
(/soft-tex-dreamsmart-
mattresses/)

## ABOUT US

Warranty, Return & Delivery
Policies (/warranty-return-
delivery-policies/)

Careers (/careers/)

Own Your Own Location
(/careers/)

Phone: 800-285-4742

Open 9-5 / 7 days a week



## STAY IN TOUCH WITH US -

© Copyright Mattress By Appointment 2022 | All Rights Reserved | 856 South Pleasantburg Drive Greenville, SC 29607

Privacy Policy (/privacy-policy/) | Terms of Use (/terms-and-conditions/) | Mattress Term Glossary (/glossary-of-terms)

